Case 1:18-cr-00409-ALC   Document 7   Filed 06/11/18   Page 1 of 7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :      INDICTMENT

        - v. -                      :      18 Cr.

DAVID RICHARDSON,                   :      **18 CRIM 409**
SEAN BURTON,                        :
                                    :      JUDGE CARTER
              Defendants.           :
                                    :
- - - - - - - - - - - - - - - - X

## COUNT ONE

### (Conspiracy to Commit Hobbs Act Robbery)

The Grand Jury charges:

1.  In or about May 2018, in the Southern District of New York and elsewhere, DAVID RICHARDSON and SEAN BURTON, the defendants, knowingly did conspire with others, known and unknown, to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RICHARDSON and BURTON conspired to rob six commercial establishments in Manhattan, the Bronx, and Brooklyn.

(Title 18, United States Code, Section 1951.)

**COUNT TWO**

**(Hobbs Act Robbery)**

The Grand Jury further charges:

2. On or about May 10, 2018, in the Southern District of New York and elsewhere, DAVID RICHARDSON, the defendant, and others known and unknown, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RICHARDSON robbed at gunpoint a convenience store located in Manhattan.

(Title 18, United States Code, Sections 1951 and 2.)

**COUNT THREE**

**(Hobbs Act Robbery)**

The Grand Jury further charges:

3. On or about May 17, 2018, in the Southern District of New York and elsewhere, DAVID RICHARDSON and SEAN BURTON, the defendants, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RICHARDSON and BURTON robbed at gunpoint an adult

entertainment store in Manhattan.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT FOUR

### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

4. On or about May 17, 2018, in the Southern District of New York, DAVID RICHARDSON and SEAN BURTON, the defendants, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the robbery charged in Count Three of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished during the robbery charged in Count Three of this Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

## COUNT FIVE

### (Hobbs Act Robbery)

The Grand Jury further charges:

5. On or about May 20, 2018, in the Southern District of New York and elsewhere, DAVID RICHARDSON, the defendant, and others known and unknown, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as

that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RICHARDSON robbed at gunpoint a convenience store in Manhattan.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT SIX

### (Hobbs Act Robbery)

6. On or about May 23, 2018, in the Southern District of New York and elsewhere, DAVID RICHARDSON and SEAN BURTON, the defendants, knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RICHARDSON and BURTON robbed at gunpoint a bodega in the Bronx.

(Title 18, United States Code, Sections 1951 and 2.)

### FORFEITURE ALLEGATION

7. As a result of committing the offenses alleged in Counts One, Two, Three, Five, and Six of this Indictment, DAVID RICHARDSON, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including

but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendants personally obtained.

8. As a result of committing the offenses alleged in Counts One, Three, and Six of this Indictment, SEAN BURTON, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendants personally obtained.

## SUBSTITUTE ASSETS PROVISION

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which

cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

>(Title 18, United States Code, Section 981;
>Title 21, United States Code, Section 853; and
>Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**DAVID RICHARDSON,
SEAN BURTON,**

Defendants.

---

**INDICTMENT**

18 Cr.

(18 U.S.C. §§ 924, 1951, and 2.)

GEOFFREY S. BERMAN
United States Attorney

_____
Foreperson

---

6/11/18   Filed Indictment   USMJ Gorenstein   MQ
Case assigned to Judge Carter