```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

            v.                      18 CR 409 (ALC)

DAVID RICHARDSON,
SEAN BURTON,
                                    Conference
                Defendants.

------------------------------x
                                    New York, N.Y.
                                    June 22, 2018
                                    12:30 p.m.

Before:

        HON. ANDREW L. CARTER, JR.

                                    District Judge




        APPEARANCES


GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
ELINOR L. TARLOW
     Assistant United States Attorney


FEDERAL DEFENDERS OF NEW YORK, INC.
     Attorneys for Defendant Richardson
BY:  ROBERT M. BAUM


EDELI RIVERA
     Attorney for Defendant Burton
```

```
1                    (Case called)
2            THE CLERK:  Counsel, please state your appearance.
3    For the government.
4            MS. TARLOW:  Good afternoon, your Honor.  Elinor
5    Tarlow for the United States.
6            MR. BAUM:   Robert M. Baum on behalf of David
7    Richardson.  Good afternoon, Judge.
8            MR. RIVERA:  Edeli Rivera for Mr. Burton.  I am here
9    with my colleague Anthony Barkow, who is a member of the panel.
10           THE COURT:  Good afternoon.  My understanding is that
11   Mr. Richardson and Mr. Burton have previously been arraigned on
12   the indictment.  Is that correct?
13           MS. TARLOW:  Yes, your Honor.
14           THE COURT:  What is the status of this matter?
15           MS. TARLOW:  Your Honor, we propose to produce
16   discovery within two weeks to defense counsel, to allow them
17   three weeks to review that discovery, and to set up a
18   conference on either July 26th or July 27th, depending on the
19   Court's availability.
20           THE COURT:  Anything from defense counsel?
21           MR. BAUM:  That would be satisfactory to us, Judge.
22           MR. RIVERA:  For us as well, Judge.
23           THE COURT:  Let's put a date down for July 26th.
24           THE CLERK:  At 10:00 a.m.
25           THE COURT:  Does that date and time work for everyone?
```

1            MS. TARLOW:  Yes, your Honor.

2            MR. BAUM:  That's fine, Judge.  Thank you.

3            MR. RIVERA:  That works for us, your Honor.

4            THE COURT:  Based on the representations made in open

5   court that counsel will need to review the discovery in this

6   matter and review it with their clients to be better prepared

7   for trial, I will exclude time under the Speedy Trial Act from

8   today's date until July 26th.  I find that it is in the

9   interest of both defendants to exclude time under the Speedy

10  Trial Act.  I further find that the interests of justice as

11  well as the interests of both defendants outweigh the public's

12  interest in a speedy trial.  I will enter an order to that

13  effect.

14           Anything else from the government today?

15           MS. TARLOW:  No, your Honor.

16           THE COURT:  Anything else from the defense?

17           MR. BAUM:  Nothing from us.  Thank you, Judge.

18           MR. RIVERA:  No, your Honor.

19           THE COURT:  We are adjourned.  Thank you.

20           (Adjourned)

21

22

23

24

25