```
     I7QKRICC

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              18 CV 409 (ALC)

 5   DAVID RICHARDSON, SEAN BURTON,

 6              Defendants.

 7   ------------------------------x

 8                                              New York, N.Y.
                                                July 26, 2018
 9                                               10:05 a.m.

10   Before:

11                  HON. ANDREW L. CARTER, JR.,

12                                              District Judge

13
                              APPEARANCES
14

15   GEOFFREY S. BERMAN,
          United States Attorney for the
16        Southern District of New York
     ELINOR L. TARLOW
17        Assistant United States Attorney

18   DAVID PATTON
     FEDERAL DEFENDERS OF NEW YORK
19        Attorney for Defendant Richardson
     BY:  ROBERT M. BAUM
20
     EDELI RIVERA
21   ANTHONY S. BARKOW
          Attorneys for Defendant Burton
22

23

24

25
```

I7QKRICC

1         (Case called)
2         THE DEPUTY CLERK:  Counsel, please state your
3    appearance.  For the government?
4         MS. TARLOW:  Good morning, your Honor.  Elinor Tarlow,
5    for the United States.
6         THE DEPUTY CLERK:  And for the defendants?
7         MR. BAUM:  Robert M. Baum, Federal Defenders of
8    New York, on behalf of David Richardson.  Good morning, Judge.
9         MS. RIVERA:  Good morning, your Honor.  Edeli Rivera
10   and my colleague, Anthony Barkow, who's in the back, for Sean
11   Burton.
12        THE COURT:  Good morning.
13        What's the status of this matter?
14        MS. TARLOW:  Your Honor, the government has produced
15   discovery to defense counsel.  They are currently reviewing
16   that discovery, determining whether or not they will file any
17   pretrial motions.  I have conferred with them, and we have
18   requested a conference to be set on September 25th.
19        THE COURT:  Okay.
20        Anything else from defense counsel?
21        MR. BAUM:  Nothing further from us, Judge.
22        THE COURT:  Okay.  What time is the conference on the
23   25th, Tara?
24        THE DEPUTY CLERK:  10:00 a.m.
25        THE COURT:  We'll adjourn this matter until

I7QKRICC

1    September 25th, based on the representations made in open
2    court.  I find that it's in the interests of the defendants and
3    in the interests of justice to exclude time, under the Speedy
4    Trial Act, from today's date until September 25th.
5             I further find that the defendants' interests and the
6    interests of justice outweigh the public's interest in a speedy
7    trial, and I will enter an order to that effect.  I am entering
8    this order so that defense counsel may have time to review the
9    discovery and determine whether or not they wish to file any
10   pretrial motions.
11            Anything else from the government?
12            MS. TARLOW:  No, your Honor.
13            THE COURT:  Anything else from the defense?
14            MR. BAUM:  No, your Honor.
15            MS. RIVERA:  No, your Honor.
16            THE COURT:  Okay.  We are adjourned.  Thank you.
17                               * * *