USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-14-18_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                                               <ins>ORDER</ins>

                                                                               18-CR-409 (ALC)

                -against-


David Richardson et al
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      The status conference scheduled for November 16, 2018 will take place at **11:30 a.m.**

SO ORDERED.

  Dated: New York, New York
          November 14, 2018

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE