

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2018

**BY ECF**

The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States* **v.** *David Richardson, et al.*, **18 Cr. 409 (ALC)**

Dear Judge Carter:

    The parties jointly request a 30-day adjournment of the conference that is presently scheduled for tomorrow, November 16, 2018, at 11:30 a.m. in the above-captioned matter. The parties are continuing to engage in discussions concerning pre-trial dispositions.

    Accordingly, the Government respectfully submits that it would be in the interests of justice to exclude time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B) from tomorrow, November 16, 2018, to the date of the next conference set by the Court. Defense counsel has consented to this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for
    the Southern District of New York

By: _____
    Elinor L. Tarlow
    Assistant United States Attorney
    (212) 637-1036

cc: Counsel of Record (by CM/ECF)